## No. 11.

### WILLIAMS *against* COOK.   *Caledonia*, 1819.

WHERE a cause is referred and the defendant dies before any award is made, his ad-ministrator may proceed with the reference.

THIS cause, at a former term of the Court, had been referred, before any proceedings were had under the rule the said Cook died, after his death an administrator being appointed, took out the rule and proceeded to obtain a report of the ref-

erees; the plaintiff attended at the trial before the referees; the referees made a report in favor of the defendant. At this term the administrator duly entered and moved that the report of the referees be accepted, and judgment rendered thereon.

The plaintiff excepted to the report for the following reasons:

1. It is not a report between the parties of record, at the time of making and ensealing the same, by the referees, there being then no legal defendant.

2. The administrator was not authorised to take out the said rule, assemble the referees, and cause the parties to be notified.

3. At the time of taking out said rule, and of the hearing before the referees, there was no legal defendant in said cause.

*Contra.* It was contended that the referees were bound to take notice of the Statute, and of the right of the administrator under it, to prosecute and defend.

2. That the plaintiff, by appearing before the referees, consented to their proceedings, and must be bound by their report.

By the Court. The administrator had a right to take out the rule and proceed with the reference.

Let the report be accepted, and Judgment rendered thereon.